DAVID CLARK, ESQ.
Nevada Bar No.: 04443
**RICHARD HARRIS LAW FIRM**
801 South 4th Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Facsimile: (702) 444-4455
Email: David@richardharrislaw.com
*Attorney for Defendant, Harris Law Firm, LLP dba Richard Harris Law Firm*

**UNITED STATES DISTRICT COURT**

**DISTRTICT OF NEVADA**

| STATE FARM FIRE & CASUALTY COMPANY,<br><br>      Plaintiff,<br><br>vs.<br><br>HARRIS LAW FIRM, LLP, dba RICHARD HARRIS LAW FIRM; DOE INDIVIDUALS I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>      Defendants. | CASE NO.: 2:22-cv-01015-GMN-DJA<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |
|---|---|

Plaintiff, State Farm Fire & Casualty Company, by and through their counsel of record, MATTHEW SARNOSKI, ESQ. of DENNET WINSPEAR, LLP and Defendant, HARRIS LAW FIRM, LLP dba Richard Harris Law Firm ("RHLF"), by and through their counsel of record, DAVID CLARK, of the RICHARD HARRIS LAW FIRM, hereby STIPULATE AND AGREE pursuant to the hearing on October 3, 2023, that:

1. The Settlement Conference set for October 12, 2023, at 10:00 a.m. should be vacated and reset for a different date within the next 60 days.

2. It is in the best interest of all parties to include counsel for the state court action, *702 PC, LLC v. Harris Law Firm, LLP, et al,* Case Number A-21-843758-C in the settlement conference in an effort to reach a complete settlement.

3. Since October 3, 2023, the parties have been in discussions to finalize five (5) proposed dates, noting that the Court is unavailable the weeks of November 6, and December 7,

. . .

. . .

. . .

2:22-cv-01015-GMN-DJA
*State Farm v. Harris Law Firm*

2023. The parties will provide those date to the Court within the next ten (10) days.

DATED: October 11, 2023                          DATED: October 11, 2023

**RICHARD HARRIS LAW FIRM**                      **DENNETT WINSPEAR, LLP**

*/s/ David A. Clark*_____          */s/ Gina Winspear*_____
DAVID A. CLARK                                   GINA GILBERT WINSPEAR, Esq.
Nevada Bar No.: 04443                            Gwinspear@dennettwinspear.com
801 South 4th Street                             MATTHEW A. SARNOSKI, Esq.
Las Vegas, Nevada 89101                          Msarnoski@dennettwinspear.com
Telephone: (702) 444-4444                        3301 N. Buffalo Drive, Suite 195
Facsimile: (702) 444-4455                        Las Vegas, Nevada 89129
Email: David@richardharrislaw.com                *Attorney for Plaintiff*
*Attorney for Defendant, Harris Law Firm, LLP*   *STATE FARM FIRE & CASUALTY CO.*
*dba  Richard Harris Law Firm*

   IT IS SO ORDERED.

   DATED: 10/12/2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE