GINA GILBERT WINSPEAR, ESQ.
Nevada Bar No. 005552
gwinspear@dennettwinspear.com
MATTHEW ALLEN SARNOSKI, ESQ.
Nevada Bar No. 009176
msarnoski@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada  89129
Telephone:     (702) 839-1100
Facsimile:      (702) 839-1113
**Attorneys for Plaintiff
STATE FARM FIRE & CASUALTY COMPANY**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STATE FARM FIRE & CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>HARRIS LAW FIRM LLP, dba RICHARD HARRIS LAW FIRM; DOE INDIVIDUALS I through X, and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-01015-GMN-DJA<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE JUDICIAL SETTLEMENT CONFERENCE** |

Plaintiff State Farm Fire & Casualty Company ("State Farm"), through its attorneys, Dennett Winspear, LLP, and Defendant Harris Firm, LLP, through its attorney, the Richard Harris Law Firm, hereby offer the following dates of availability for the continued Judicial Settlement Conference pending in this case:

Monday, December 11, 2023

Tuesday, December 19, 2023

Thursday, December 21, 2023

Monday, January 8, 2024

Tuesday, January 9, 2024

. . .

. . .

Case 2:22-cv-01015-GMN-DJA   Document 34   Filed 10/25/23   Page 2 of 2

Joint Stipulation & Order Cont. Judicial Settlement Conference
State Farm Fire & Casualty v. Harris Law Firm, et. al.
Case No.: 2:22-cv-01015-GMN-DJA

The parties report that all counsel, client representatives, and other necessary parties are available to attend on such dates.

RESPECTFULLY SUBMITTED this 23rd day of October, 2023.

| **DENNETT WINSPEAR, LLP** | **RICHARD HARRIS LAW FIRM** |
|---|---|
| By   /s/ Matthew Allen Sarnoski<br>GINA GILBERT WINSPEAR, ESQ.<br>Nevada Bar No. 005552<br>MATTHEW ALLEN SARNOSKI, ESQ.<br>Nevada Bar No. 009176<br>3301 N. Buffalo Drive, Suite 195<br>Las Vegas, Nevada 89129<br>Telephone:  (702) 839-1100<br>Facsimile:  (702) 839-1113<br>**Attorneys for Plaintiff**<br>**STATE FARM FIRE & CASUALTY COMPANY** | By:   /s/ David A. Clark<br>DAVID A. CLARK, ESQ.<br>Nevada Bar No. 04443<br>801 S. 4th Street<br>Las Vegas, Nevada 89101<br>Telephone:  (702) 444-4444<br>Facsimile:  (702) 444-4455<br>**Attorneys for Defendant**<br>**HARRIS LAW FIRM** |

**ORDER**

IT IS SO ORDERED.  The Settlement Conference previously set by the Court is continued and RESET for **Thursday, December 21, 2023 at 10:00 a.m.** in Courtroom 3A.

Dated:  October 25, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE